(No. 819—Claimant awarded $887.83.)

RAMAPO AJAX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* This case is controlled by the decision of the court in *Vulcanite Roofing Co.* v. *State, supra.*

WHITMAN & MILLER, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the refund of certain portions of franchise taxes erroneously paid by above claimant to the Secretary of State of the State of Illinois, in the year 1922, total excess paid by above claimant amounting to $887.83.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $887.83.